JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MARGARET SKIPPS, as personal representative for the estate of ALEXANDER REAGAN MA'ALONA,<br><br>Plaintiff,<br><br>v.<br><br>Alejandro Mayorkas, Secretary, United States Department of Homeland Security, in his official capacity[1]; et al.,<br><br>Defendants. | Case No. 2:19-cv-10557-ODW (AGRx)<br><br>**JUDGMENT** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Alejandro Mayorkas, the current Secretary of the Department of Homeland Security, is automatically substituted as the proper defendant in this action in place of Chad Wolf.

In light of the Court's Order Granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff Margaret Skipps shall take nothing;
2. Judgment for Defendant Alejandro Mayorkas; and
3. The Clerk of the Court shall close this case

**IT IS SO ORDERED.**

August 30, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**